# United States Court of Appeals

## For the First Circuit

No. 14-2124

UNITED STATES OF AMERICA,

Appellee,

v.

JEROME HUDSON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 9, 2016, is amended as follows:

On page 7, lines 15 and 19, "Rodriguez" is replaced with "Rodriquez"